IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNION PENSION
TRUST FUND, ET AL.

                                                                                                     ORDER AND ENTRY
                                                                                                  OF DEFAULT JUDMENT

                          Plaintiffs,

                                                                                                           20-cv-1009-wmc

    v.

CORNERSTONE CARPENTRY CONTRACTORS, INC.,

            Defendant.

---

       The defendant Cornerstone Carpentry Contractors, Inc., having failed to appear, plead or otherwise defend in this action, including at today's hearing on plaintiff's motion for default judgment in accordance with Federal Rule of Civil Procedure 55(a) and (b), the court finds as follows:

       1. Defendant Cornerstone Carpentry Contractors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

       2. By virtue of default having accordingly been entered against it on February 1, 2021, defendant Cornerstone Carpentry Contractors, Inc. is deemed to have violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

       3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, and costs.

4. Based on the affidavits submitted by Plaintiffs in support of default judgment, the Court assesses the total damages to the Plaintiffs in the sum of $9,165.68, comprising: $1,891.47 (unpaid contributions, interest, damages) + $3,481.71 (more unpaid contributions, interest, damages) + $3,272.50 (attorneys' fees) + $520 (cost of prosecution).

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Doug Edwards, North Central States Regional Council of Carpenters Defined Benefit Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters Vacation Fund, North Central States Regional Council of Carpenters Apprenticeship & Training Fund, and Jerry Shea and against Defendant Cornerstone Carpentry Contractors, Inc. in the amount of $9,165.68, together with interest at the rate allowed by law.

Entered this 24th day of February, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge