IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, DOUG EDWARDS,
JERRY SHEA, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
DEFINED BENEFIT PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN
TRAINING FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS HEALTH FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,

    Plaintiffs,

  v.

CORNERSTONE CARPENTRY
CONTRACTORS, INC.,

    Defendant.

Case No.  20-cv-1009-wmc

## DEFAULT JUDGMENT

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Building Trades United Pension Trust Fund, Doug Edwards, Jerry Shea, North Central States Regional Council of Carpenters' Defined Benefit Pension Fund, North Central States Regional Council of Carpenters Apprenticeship & Journeyman Training Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters Vacation Fund and against Defendant Cornerstone Carpentry Contractors, Inc. in the amount of $9,165.68, together with interest at the rate allowed by law.

| s/ K. Frederickson, Deputy Clerk | February 24, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |